1:24-cr-00016-LEW-03

SECRET

<u>Synopsis</u>

| | |
|---|---|
| **Name:** | Lucas Michaud |
| **Address:** (City & State Only) | Ellsworth/ME |
| **Year of Birth and Age:** | 1991/33 |
| **Violations:** | **Count 1:** Conspiracy to distribute and possession with intent to distribute a mixture or substance containing methamphetamine. <u>See</u>: 21 U.S.C. §846; 841(b)(1)(C)<br><br>**Count 2:** Conspiracy to Commit Money Laundering. <u>See</u> 18 U.S.C. §1956(h)<br><br>**Count 3:** Possession with intent to distribute methamphetamine. <u>See</u> 21 U.S.C. §§841(a)(1) and (841(b)(1)(C) |
| **Penalties:** | **Counts 1 and 3:** Up to 20 years imprisonment, a $1,000,000 fine, or both. <u>See</u> 21 U.S.C. §841(b)(1)(C)<br><br>**Count 2:** Up to 20 years imprisonment, a fine of $500,000, or both. <u>See</u> 18 U.S.C. §1956(a)(B)(ii) |
| **Supervised Release:** | **Counts 1 and 3:** At least three years and up to life. <u>See</u> 21 U.S.C. §841(b)(1)(C)<br><br>**Count 2:** Not more than three years. <u>See</u> 18 U.S.C §3553(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1, 2 and 3:** Not more than two years. <u>See</u> 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 and 3:** Up to life, less any term of imprisonment. <u>See</u> 18 U.S.C. §3583(h)<br><br>**Count 2:** Three years, less any term of imprisonment. <u>See</u> 18 U.S.C. §3583(h) |
| **Defendant's Attorney:** | TBD |

Filed 2024 FEB 14 P 5:43 DEPUTY CLERK

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | FBI/Erika Jensen |
| **Detention Status:** | Arrest warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Hancock |
| **AUSA:** | Raphaelle A. Silver |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | N/A |
| **Assessments:** | $100.00 |